**Opinion issued August 14, 2025**



In The

# Court of Appeals

For The

## First District of Texas

_____

**NO. 01-25-00584-CV**

_____

## IN RE LLOYD IGBOKWE AND CHANTRELLE IGBOKWE, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators Lloyd Igbokwe and Chantrelle Igbokwe filed a petition for writ of mandamus, asking this Court to compel the judge of the 268th District Court of Fort Bend County to rule on relators' emergency motion for temporary restraining order, filed on July 30, 2025, to order immediate release of the audio recording from the July 9, 2025 hearing, stay foreclosure of relators' homestead currently scheduled for foreclosure on August 5, 2025, and address ongoing due process violations and

evidence of judicial bias.[1]  Relators have filed a separate motion for stay of the foreclosure.

We deny the petition.  *See* TEX. R. APP. P. 52.8.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[1]     The underlying case is *Lloyd Igbokwe and Chantrelle Igbokwe v. Texas Dow Employees Credit Union*, cause number 2023-14427, pending in the 113th District Court of Harris County, Texas, the Honorable Brady G. Elliott, presiding.